No. 458. CERTAIN INTERESTS IN PROPERTY IN HILLS-BOROUGH COUNTY, FLORIDA, ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Chester H. Ferguson* and *John M. Allison* for petitioners. *Solicitor General Rankin, Assistant Attorney General Morton* and *Roger P. Marquis* for the United States.

No. 460. McDAVID *v.* FORD MOTOR Co. C. A. 4th Cir. Certiorari denied. *C. T. Graydon* for petitioner. *Nathaniel A. Turner* for respondent.

No. 461. FISHER ET AL. *v.* PRINTING DEVELOPMENTS, INC. Appellate Court of Illinois, First District. Certiorari denied. *Horace A. Young* for petitioners. *Cranston Spray* and *Robert C. Keck* for respondent.

No. 462. McALLISTER LIGHTERAGE LINE, INC., *v.* JOHN T. CLARK & SON, INC. C. A. 2d Cir. Certiorari denied. *Edmund F. Lamb* for petitioner. *William L. F. Gardiner* for respondent.

No. 467. FLOWERS *v.* NANCE EXPLORATION Co. Court of Civil Appeals of Texas, Eighth Supreme Judicial District. Certiorari denied. Petitioner *pro se.* *William L. Kerr* for respondent.

No. 506. ZOOMAR, INC., *v.* PAILLARD PRODUCTS, INC. C. A. 2d Cir. Certiorari denied. MR. JUSTICE STEWART took no part in the consideration or decision of this application. *Louis H. Shereff* for petitioner. *Edwin Levisohn* for respondent.